**No. 2014-1599**

IN THE
# United States Court of Appeals
## FOR THE FEDERAL CIRCUIT

SOFTVIEW LLC,

*Appellant,*

*v.*

KYOCERA CORPORATION and MOTOROLA MOBILITY LLC,

*Appellees.*

APPEAL FROM
THE UNITED STATES PATENT AND TRADEMARK OFFICE,
PATENT TRIAL AND APPEAL BOARD
IN NOS. IPR2013-00007 AND IPR2013-00256

## NOTICE OF CORRECTION

MORGAN CHU
SAMUEL K. LU
ALAN J. HEINRICH

**IRELL & MANELLA LLP**

1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 277-1010
*Attorneys for Appellant*
SOFTVIEW LLC

September 8, 2014

On September 5, 2014, Appellant SoftView LLC ("SoftView") filed the Opening Brief of Appellant SoftView LLC in the above-captioned appeal ("Brief").  On September 8, 2014, SoftView will file the Brief of Appellant SoftView LLC [Corrected] ("Corrected Brief"), making non-substantive changes to the Brief related to the addition of an unintentionally omitted signature page.  SoftView hereby files and serves this Notice of Correction to delineate the specific changes made in the Corrected Brief.

The Corrected Brief makes the following changes to the Brief:

- On the cover of the Corrected Brief, the date is changed from "September 5, 2014," the filing date of the Brief, to "September 8, 2014," the filing date of the Corrected Brief;

- On the cover of the Corrected Brief, the text "[CORRECTED]" is appended to the end of the title;

- On the Certificate of Interest of the Corrected Brief, the date is changed from "September 5, 2014," the filing date of the Brief, to "September 8, 2014," the filing date of the Corrected Brief;

- A signature page including the signature of counsel for SoftView is added as page 87 of the Corrected Brief.  The signature page was unintentionally  omitted from the Brief;

- The pagination for each page in the Corrected Brief following the aforementioned inserted signature page is increased by one relative to the pagination in the Brief, reflecting the insertion of the signature page as page 87 of the Corrected Brief;

- On the Certificate of Service in the Corrected Brief, the date is changed from "September 5, 2014," the filing date of the Brief, to "September 8, 2014," the filing date of the Corrected Brief;

- On the Certificate of Compliance in the Corrected Brief, the word count is changed from 13,903 words to 13,922 words to reflect the addition of the signature page; and

- On the Certificate of Compliance in the Corrected Brief, the date is changed from "September 5, 2014," the filing date of the Brief, to "September 8, 2014," the filing date of the Corrected Brief.

All changes made in the Corrected Brief are the non-substantive matters listed above.

Dated:  September 8, 2014          Respectfully submitted,

By:____/s/ Samuel Lu____

IRELL & MANELLA LLP

*ATTORNEYS FOR APPELLANT*
*SOFTVIEW LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on <u>September 8, 2014</u> by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| | | |
|---|---|---|
| Alan Heinrich | | /s/ Alan Heinrich |
| Name of Counsel | | |

Law Firm:           Irell & Manella LLP

Address:            1800 Avenue of the Stars, Suite 900

City, State, ZIP:   Los Angeles, CA  90067

Telephone Number:
                     310-277-1010

FAX:                  310-203-7199

E-mail Address      aheinrich@irell.com