NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOFTVIEW LLC,**
*Appellant,*

v.

**KYOCERA CORPORATION**
AND **MOTOROLA MOBILITY LLC,**
*Appellees,*

AND

**MICHELLE K. LEE, DEPUTY UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DEPUTY DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor.*

---

2014-1599

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00004 and IPR2013-00257.

---

**ON MOTION**

---

Case: 14-1599    Document: 33    Page: 2    Filed: 09/22/2014

2                              SOFTVIEW LLC v. KYOCERA CORPORATION

## O R D E R

The Under Secretary of Commerce for the Intellectual Property and Director of the United States Patent and Trademark Office moves to intervene in the above-captioned appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21